No. 505, Misc. ACCARDO v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 507, Misc. THOMPSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 509, Misc. FAZIO v. McNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL. Court of Appeals of New York. Certiorari denied. *Julius J. Eingoren* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Ruth Kessler Toch,* Assistant Attorney General, for respondent.

No. 523, Misc. TATUM v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 527, Misc. WILLIAMS v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 529, Misc. SULLIVAN v. HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 530, Misc. JACKSON v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.